# UNITED STATES DISTRICT COURT
for the

1st District of Maryland

Northern Division

Douglas Larcomb

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Senator Christopher Van Hollen
The United States of America
The United States Judicial Branch

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

MAY 1 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## Petition/COMPLAINT FOR A CIVIL CASE
Emergency Injunction and/or Emergency Restraining Order

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Douglas Larcomb |
| Street Address | DRCF- 2020 Toulon Rd |
| City and County | Jessup, Anne Arundel |
| State and Zip Code | Maryland 20794 |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Senator Christopher Van Hollen
- Job or Title (if known): Senator – Representing Legislative Branch
- Street Address: 730 Hart Senate Office Bldg
- City and County: Washington, DC
- State and Zip Code: Washington, DC 20510
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: The United States of America
- Job or Title (if known): c/o U.S. Atty. Gen. Pamela Bondi
- Street Address: 950 Pennsylvania Ave, NW
- City and County: Washington, DC
- State and Zip Code: Washington, DC 20530-0001
- Telephone Number: (202) 353-1555
- E-mail Address (if known):

Defendant No. 3
- Name: The United States Judicial Branch
- Job or Title (if known): c/o John Glover Roberts, Sup. Crt. Chief Justice
- Street Address: U.S. Supreme Court 1 1st Street, NE
- City and County: Washington, DC
- State and Zip Code: Washington, DC 20543
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Title 42 USCS 1983
- 5th Amendment
- 14th Amendment
- Constitutional Right to Due Process & abuse of Rights

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Restraining Order and Emergency Injunction sought against all Justices below Supreme Court in the Federal Courts of the United States because of abuse of Due Process Rights because Constitutionally the only apply to U.S. Citizens born or naturalized. There is NO constitutional claim via Amendment allocated to anyone else. The matters are traceable to Judge Boasberg, Judge Xinis, Judge Hendrick; Justices Jackson, Sotomayor, Barrett, Roberts, Kagan, Senator Christopher Van Hollen et al also have seditious contempt for Constitutional Law.

IV.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

No money will be sought until a main body complaint is filed. Relief sought is for an Order to Block that prevents All U.S. District Court & Appellate Court Justices from Ruling on any Petition or Complaint seeking Relief for illegals, parolees, visa holders & visitors. There is absolutely NO Constitutional Amendment or Constitutional Article that supports any claim of Right to Due Process for anyone that is not a citizen of the United States. Lawmakers & Justices are arbitrarily making up the Rule of Law then lying to We, the People of the United States.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *April 28th, 2025*

Signature of Plaintiff: *Douglas Larcomb pro se*
Printed Name of Plaintiff: *Douglas Larcomb pro se*

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____